UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:20-cr-00263-IM |
| v. | INDICTMENT |
| KEVIN BENJAMIN WEIER, | 18 U.S.C. § 844(f) |
| Defendant. | |

THE GRAND JURY CHARGES

**COUNT 1**
(Attempting to Damage Federal Property by Means of Fire)
(18 U.S.C. § 844(f))

On or about July 13, 2020, in Multnomah County, in the District of Oregon, defendant **KEVIN BENJAMIN WEIER** maliciously attempted to damage the Mark O. Hatfield United States Courthouse, a building owned in whole and in part by the United States, by means of fire.

In violation of Title 18, United States Code, Section 844(f).

DATED: July 23, 2020.

A TRUE BILL

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

/s/ Gary Y. Sussman
GARY Y. SUSSMAN, OSB #873568
Assistant United States Attorney