IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20CR00263- 1 |
| v. | |
| Kevin Benjamin Weier | ORDER MODIFYING CONDITIONS OF RELEASE |

**IT IS ORDERED THAT** the following conditions be removed:

- The defendant is prohibited from entering the city of Portland except for court appearances and meetings with defense counsel, unless prior approval has been obtained from Pretrial Services.

And that the following condition be **added:**

- The defendant shall not be present within the five blocks surrounding the federal courthouse in Portland, Oregon, defined as SW Washington Street to the north, the Willamette River on the east, SW Market Street to the south and SW Park Avenue to the west unless on official court business.
- Comply with the following curfew: 10pm to 6am or as directed by Pretrial Services.

**IT IS SO ORDERED THIS** \_\_\_\_**12**\_\_\_\_ **day of** \_**August**_____, 2020.

_____
The Honorable Stacie F. Beckerman
U.S. Magistrate Judge

**Submitted by U.S. Pretrial Services**