**Bryan Francesconi, OSB # 063285**
**Assistant Federal Public Defender**
**Email: bryan_francesconi@fd.org**
**101 SW Main Street, Suite 1700**
**Portland, OR 97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**
**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-CR-00263-IM |
| Plaintiff, | MOTION TO CONTINUE TRIAL DATE |
| v. | |
| KEVIN BENJAMIN WEIER, | |
| Defendant. | |

Defendant Kevin Benjamin Weier, through his attorney, Bryan Francesconi, moves this Court to continue the trial in the above-entitled case, which is presently scheduled for April 20, 2021, for a period of approximately 90 days, to July 20, 2021, or a date thereafter convenient to the Court. This motion is based on the reasons set forth in the attached declaration of counsel. The government has no objection to this request.

Mr. Weier understands that this motion will result in excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted this 6th day of April 2021.

        /s/ *Bryan Francesconi*
        Bryan Francesconi
        Assistant Federal Public Defender