Bryan Francesconi, OSB # 063285
Assistant Federal Public Defender
Email: bryan_francesconi@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  3:20-cr-00263-IM |
| Plaintiff, | DECLARATION OF BRYAN FRANCESCONI IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL DATE |
| v. | |
| KEVIN BENJAMIN WEIER, | |
| Defendant. | |

I, Bryan Francesconi, declare:

1.	I am the attorney appointed to represent Kevin Benjamin Weier in the above-entitled case.

2.	A jury trial in this case is currently scheduled for April 20, 2021. Mr. Weier was arraigned on the indictment on August 12, 2020.  This is the third continuance sought by the defense.

Page 1   DECLARATION OF BRYAN FRANCESCONI IN SUPPORT OF
         UNOPPOSED MOTION TO CONTINUE TRIAL DATE

3.   Mr. Weier is currently on release and in compliance with the conditions thereof.

4.   Mr. Weier has received discovery. Counsel has hired an arson expert on this case and his work is currently completed.

5.   The government recently proffered a tentative offer and will be sending over the formal offer shortly. It is anticipated Mr. Weier will be accepting this offer and scheduling a plea in short order. Mr. Weier therefore respectfully requests that this Court continue his case for a period of approximately 90 days to July 20, 2021, or a date thereafter convenient to the Court to accomplish these tasks.

6.   I have discussed with Mr. Weier his right to a speedy trial.  He agrees to the continuance and knows it will result in excludable delay under the provisions of 18 U.S.C. § 3161(h)(7)(A) of the Speedy Trial Act.  The government has no objection to this request.

7.   I make this motion in good faith and not for the purpose of delay.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on April 6, 2021, in Portland, Oregon.

/s/ *Bryan Francesconi*
Bryan Francesconi
Assistant Federal Public Defender