UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN BENJAMIN WEIER,<br><br>Defendant. | No. 3:20-cr-00263-IM<br><br>INFORMATION<br><br>18 U.S.C. § 1361 |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
(Willfully Injuring or Committing Any Depredation
Against Any Property of the United States)
(18 U.S.C. § 1361)

On or about July 13, 2020, in Multnomah County, in the District of Oregon, defendant **KEVIN BENJAMIN WEIER** willfully and by means of fire, did attempt to injure and commit a depredation against the Mark O. Hatfield United States Courthouse, a building owned in whole and in part by the United States, and the attempted damage to the property exceeded the sum of $1,000.

In violation of Title 18, United States Code, Section 1361.

DATED: August 9, 2021.

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ Ashley R. Cadotte*
ASHLEY R. CADOTTE, OSB #122926
Assistant United States Attorney